**Electronically Filed**
**Supreme Court**
**SCWC-29934**
**20-MAR-2012**
**02:56 PM**

SCWC-29934

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I ,
Respondent/Plaintiff-Appellee,

vs.

KEVIN HIROYUKI AKITAKE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29934; CASE NO. 1DTA-08-09688)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna JJ. and
Circuit Judge Del Rosario, in place of Duffy, J., recused)

Petitioner/Defendant-Appellant Kevin Hiroyuki Akitake's application for writ of certiorari, filed on February 7, 2012, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, March 20, 2012.

| | |
|---|---|
| R. Patrick McPherson for petitioner/defendant-appellant on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Dexter D. Del Rosario |

